FILED

1   Jeffrey R. Krinsk  (CA Bar No. 109234)
    jrk@classactionlaw.com
2   Mark L. Knutson  (CA Bar No. 131770)
    mlk@classactionlaw.com
3   William R. Restis (CA Bar No. 246823)
    wrr@classactionlaw.com
4   FINKELSTEIN & KRINSK LLP
    501 West Broadway, Suite 1250
5   San Diego, California 9210-3579
    Telephone: (619) 238-1333
6   Facsimile: (619) 238-5425

7   Attorneys for Plaintiff
    Laura Carwile
8

2012 JUN 29  PM 12: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                       SOUTHERN DIVISION

| | |
|---|---|
| 12  LAURA CARWILE, individually and on behalf of all other similarly situated, | Case No.  **CV12 - 05660 MMM (JCx)** |
| 13 | **CLASS ACTION COMPLAINT FOR:** |
| 14                                     Plaintiff, | (1) **STRICT LIABILITY – DESIGN DEFECT** |
| 15 | (2) **BREACH OF CONTRACT** (3) **BREACH OF EXPRESS WARRANTY** |
| 16        v. | (4) **BREACH OF IMPLIED WARRANTY** |
| 17  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a New York Corporation, | (5) **SONG-BEVERLY WARRANTY ACT** |
| 18 | (6) **MAGNUSON-MOSS WARRANTY ACT** |
| 19                                    Defendants. | (7) **VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW** |
| 20 | (8) **COMMON COUNTS – ASSUMPSIT AND QUASI-CONTRACT** |
| 21 | |
| 22 | |
| 23 | **JURY TRIAL DEMANDED** |

24

25

26

27

28

CLASS ACTION COMPLAINT

1   Plaintiff Laura Carwile ("Plaintiff") alleges as to herself based on her own experience, and

2   as to all other allegations, based upon the investigation of counsel, which included, *inter alia*, a

3   review of complaints, reports, advisories, press releases, and media reports about defendant

4   Samsung Telecommunications America, LLC ("Samsung" or "Defendant").

5

6                          **NATURE OF THE ACTION**

7   1.      Plaintiff brings this action against defendant Samsung on behalf of California

8   residents, who purchased a defective Samsung Galaxy S mobile phone.

9   2.      Defendant's Galaxy S mobile phones suffer from a software or hardware defect,

10  which causes the phones to randomly freeze, shut down, and power-off while in standby mode,

11  rendering the phones inoperable and unfit for their intended use and purpose.

12  3.      After Samsung released the Galaxy S phones during the summer of 2010,

13  consumers immediately contacted Samsung and Samsung's authorized agents and resellers to

14  complain about the defect. Consumers also have posted myriad complaints about the defect on

16  Internet websites, including on Samsung's own website. Samsung has admitted such a defect and

17  suggested several alternate remedies to consumers, all without success.

18  4.      Plaintiff repeatedly attempted to have her defective phone repaired or replaced

19  under Samsung's warranties prior to filing this action.

20

21  5.      Instead, Samsung and its authorized agents and resellers provided Class members

22  with ineffective and damaging "software updates" and phone resets and replacement Galaxy S

23  phones suffering from the same defect. This inadequate response has only perpetuated an endless

24  cycle of futility for Plaintiff and for Class members and has not cured the defect or provided Class

25  members a product that conforms to all express and implied warranties.

26

27

28

CLASS ACTION COMPLAINT                                                    - 1 -

6. Defendant Samsung and its authorized agents and resellers have been unable or unwilling to repair the defect or offer Plaintiff and Class members a non-defective Samsung Galaxy S phone or reimbursement for the cost of such phone.

7. Defendant Samsung knew or should have known of the defect prior to selling or placing the Samsung Galaxy S phones into the stream of commerce such that its failure to comply with these warranty obligations was willful. Despite knowing of the defect shortly after introducing the phones into the market, Samsung and its authorized agents and resellers continued to sell and distribute the defective phones to Plaintiff and Class members without warning or disclosure of the defect.

8. Plaintiff and Class members suffered injury and lost money or property as a result of purchasing a phone that repeatedly shuts off and loses data, purchasing a new phone just to ensure the ability to receive communications, and having expended time and resources addressing this issue with Samsung or its representatives without success. Samsung failed to remedy this harm, and Samsung earned and continues to earn substantial profits from selling defective Galaxy S phones.

## THE PARTIES

9. Plaintiff Laura Carwile is an individual and is a California citizen, who at all relevant times resided in La Mirada, Los Angeles County. On or about December 6, 2011, Plaintiff purchased a Samsung Galaxy S Epic 4G mobile phone from Samsung or those acting as its authorized agents and resellers. Soon after Plaintiff purchased her Galaxy S phone, she experienced the defect alleged within all warranty periods. Prior to Plaintiff's purchase of the Galaxy S, she was unaware of the defect and defendant Samsung failed to warn or disclose the defect to Plaintiff. Had Samsung disclosed such material facts, Plaintiff would not have purchased the Galaxy S or paid the

CLASS ACTION COMPLAINT

- 2 -

1    prices she paid for the defective phone. Plaintiff repeatedly tried to resolve the defect prior to filing

2    this action, all of which failed to remedy the defect she has consistently experienced.

3        10.     Defendant Samsung Telecommunications America, LLC is a corporation

4    incorporated under New York law. Defendant's principal place of business is in Richardson, Texas.

5

6    Samsung designed, manufactured, distributed and sold consumer electronic products, including the

7    defective Samsung Galaxy S mobile phones.

8        11.     Whenever this complaint refers to any act of defendant Samsung, the reference shall

9    mean (1) the acts of the directors, officers, employees, affiliates, or agents of defendant who

10    authorized such act while engaged in the management, direction or control of the affairs of

11    defendant, or at the direction of defendant, and (2) any persons who are the parents or alter egos of

12

13    defendant, while acting within the scope of their agency, affiliation, or employment, and (3) any

14    persons who acted as authorized agents and resellers for defendant of the phones in question.

15                         **JURISDICTION AND VENUE**

16        12.     The court has jurisdiction over the lawsuit under 28 U.S.C. § 1332(d), the Class

17    Action Fairness Act, because this suit is a class action, the parties are diverse, and the amount in

18    controversy exceeds $5 million, excluding interest and costs.

19        13.     Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial

20

21    part of the events or omissions establishing this claim occurred in this district, Plaintiff resides in

22    this district, purchased her Samsung Galaxy S phone in this district, principally operated her phone

23    in this district, and sought warranty repair in this district.

24                         **FACTUAL ALLEGATIONS**

25        14.     Since approximately Summer 2010, defendant Samsung has marketed, distributed,

26    and warranted the Samsung Galaxy S mobile phones in California and throughout the United

27    States.

28

CLASS ACTION COMPLAINT

15. Samsung's Galaxy S mobile phones suffer from a defect, which manifested during the warranty period and useful life of such phones. The defect causes the phones to freeze, shut down, and power-off randomly while in standby mode, rendering the phones inoperable.

**A. Samsung Galaxy S mobile phone product line**

16. Samsung produces a line of cellular phones called the "Samsung Galaxy S," which uses the Google Android operating system. Samsung's line of Galaxy S phones includes the Captivate for AT&T, the Vibrant for T-Mobile, the Epic 4G for Sprint, and the Fascinate for Verizon. These are all essentially the same phones, just with different names.

17. Each phone in the Samsung Galaxy S product line is a "smartphone." Smartphones are cellular phones that run on an operating system and can run applications.

18. Each phone in the Galaxy S product line has essentially the same product features, including a 4-inch "Super AMOLED" display, a 1 GHz "Hummingbird" Cortex A8 processor, a 5-megapixel auto-focus camera, and the ability to display HD video. The defect occurs in each of these phone models across phone carrier lines, and similar reports of the same defect have been made from Europe involving the same phone line, such that the defect is not related to any particular carrier that distributes the phone.

**B. The Samsung Galaxy S mobile phone defect**

19. Soon after the Samsung Galaxy S models were released in Summer 2010, consumers lodged complaints about their experiences with the defect. Thousands of consumer complaints about the defect were posted online. Defendant continued to market and sell these phones without curing the defect or disclosing its existence to consumers.

20. These complaints all identify the same essential defect. When a smartphone is powered on but is not being actively used, it is in "standby mode" to extend battery life. The defect occurs when consumers cannot wake their phones from standby mode. Non-defective phones

CLASS ACTION COMPLAINT - 4 -

should wake from standby mode and return to normal operating function by pushing any button on the phone or when a call or text message comes in on the phone. While in standby mode, however, the Samsung Galaxy S phone freezes or powers itself off, meaning it cannot receive or deliver telephone calls, messages or data. Unless one is constantly monitoring their phone to know whether it is on, they would not know when the phone is actually off except when trying to use it.

21.     To operate a phone that experiences the defect, a consumer must remove the battery from the Galaxy S phone, reinsert it, and power the phone back on. Pressing the power button is futile because the phone does not power on without first removing and reinserting the battery.

22.     The defect occurs randomly and repeatedly, causing the phone to freeze or power off while in standby mode, as many as ten times per day. Once the phone is powered back on, it is still susceptible to powering itself back off and losing data.

23.     The defect also causes the phone to reset while the phone is being used to make calls. While a consumer is speaking on the phone, it will reset itself during the call and make the phone unusable while it is restarting.

24.     Although numerous consumers reported the defect to Samsung and its authorized agents and resellers soon after its release, Samsung failed to notify consumers, including Plaintiff, about the defect prior to or after purchase.

25.     The defect's presence is material because the defect causes the phones to repeatedly freeze or turn off, causing Plaintiff and Class members to miss phone calls, alerts, messages, e-mails, and alarms, and frequently lose data due to the defect.

26.     The defect is material because neither Plaintiff, Class members, nor any reasonable consumer would have purchased the defective Samsung Galaxy S mobile phones had they known of the defect, and such phones would not pass without objection in the trade or industry.

CLASS ACTION COMPLAINT                                                                    - 5 -
                                                                            FINKELSTEIN & KRINSK LLP
                                                                            501 West Broadway, Suite 1250
                                                                            San Diego, California 92101

27.     As evidence of the significance of the defect, many consumers have opted to pay additional and substantial fees to either purchase a new phone at full retail price, or have paid early termination fees to purchase a new phone. Many consumers found that paying those substantial fees was the only way to obtain full relief from their defective Samsung Galaxy S phones.

**C.     Plaintiff repeatedly tried to repair her defect Samsung Galaxy S phone prior to initiating this action**

28.     Plaintiff purchased a Samsung Galaxy S Epic 4G on or about December 6, 2011 at a Sprint Store in La Habra, California. In approximately May 2012, Plaintiff's phone began to experience the defect, and she took the phone to her La Habra Sprint store to have it fixed or obtain a replacement phone. Defendant's authorized agent at Sprint attempted to resolve the defect with a system reboot and/or software patch, but Plaintiff's phone shortly thereafter experienced the defect. Again on June 15, 2012, Plaintiff took phone to the La Habra Sprint store, where Defendants' agents tried to resolve the defect, which was also not successful.

29.     Plaintiff's phone experiences the defect during varying states of use, and such variables as whether the phone was charging, loading an application, or sitting in standby did not affect whether the defect would occur.

30.     Plaintiff experienced problems resulting from the defect in her Samsung Galaxy S Epic 4G phone within all warranty periods.

31.     At the time of purchase, Plaintiff was unaware of the defect, and Plaintiff has lost money or property and suffered injury in a manner similar to other Class members. If the facts known to Defendant about the defect had been disclosed to Plaintiff, she would not have acquired that phone and entered into the associated contract at the prices paid, if at all.

FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

**D. Samsung fails to provide an adequate remedy**

32. Samsung knows its Galaxy S mobile phones suffer from a defect that causes the phones to regularly freeze, crash, and shut down, and yet it still continued to market and sell these phones even though it cannot repair them or offer a replacement phone that does not suffer from the defect or reimburse consumers the amounts they paid for such phones, such that its conduct is willful.

33. Samsung has failed to cure the defect or replace Plaintiff's Samsung Galaxy S phone with a non-defective phone and offer full compensation required under federal and state law.

34. When consumers contacted Samsung and its authorized agents and resellers to complain about the defect, Samsung denied there was any defect with their Galaxy S phones.

35. Plaintiff contacted a Samsung "authorized phone service facility" to repair or service her defective phone as Samsung maintains no direct repair facilities in this state, or in any state other than Texas, nor provides any list of such facilities on its website or to its retail sellers as required by law. Samsung's express warranty represents to customers they may do so or alternatively call Samsung customer care to "obtain assistance on where to deliver the product" for servicing or repair. A true and correct copy of Samsung's Written Warranty is attached hereto and incorporated by reference as "Exhibit A."

36. This warranty does not specify what constitutes an "authorized phone service facility." However, it was Samsung's custom to inform customers to take their phones to their local phone carriers for service.

37. As Samsung fails to provide service and repair facilities in this state, and because its written warranty does not specify what constitutes an "authorized phone service facility," Samsung's and the retail seller's actions shows that under all applicable laws and as a reasonable construction of such warranties, phone carrier entities are phone service facilities authorized by

CLASS ACTION COMPLAINT

- 7 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

Samsung for purposes of compliance with any express warranty obligations. By contacting or sending her phone to her phone carrier for service or repair of the defect, Plaintiff complied with any warranty's preconditions based on how the term "authorized phone service facility' has been applied and used by Samsung.

38. Therefore, Plaintiff and Class members complied with any express warranty preconditions by returning their defective phones to their phone carrier for repair and service.

39. Plaintiff and Class members have made reasonable numbers of repair attempts, thereby giving pre-lawsuit notice of the defect to Samsung.

40. Defendant's policy of replacing one defective phone with another defective phone fails to offer consumers a viable remedy, but instead only perpetuated Plaintiff's and Class members' damages. Samsung has refused to refund the cost of the phone and all related costs or provide consumers non-defective replacement Galaxy S phones.

41. Defendant Samsung has denied its Galaxy S phones have experienced the defect despite thousands of public complaints from consumers across phone carriers and the Galaxy S product line.

**E. Samsung had notice of the defect as consumers posted complaints on Samsung's website**

42. Consumers have posted thousands of complaints about the Samsung Galaxy S defect on dozens of online support and technology forums, including on Samsung's own website. Examples of these complaints are set forth below. As evidenced by these comments, Samsung was made aware of this defect as early as the Fall 2010 if not earlier, yet failed to stop selling these phones and failed to provide a fix to resolve the defect.

CLASS ACTION COMPLAINT
- 8 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

1

| CONSUMER COMPLAINTS FROM SAMSUNG.COM |
|---|

2   "Why does my phone turn off (shut down) during sleep mode?"
    --Samm

3

4   Link:http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT
    Date: September 2010

5   Samsung's Response to Samm: "Once your phone goes in sleep mode or if the
    screen went black, press the power button located on the right side of the

6   phone once to light up the screen. If after doing the step and the screen doesn't
    light up then you can go to your service provider so they can check the phone

7   for you. You may also call Samsung Customer Support. so we can do minimal
    troubleshooting to your phone. Once troubleshooting has been done to the

8   point of actual failure, we can setup a repair on the product. should it be
    determined the problem cannot be resolved over the phone. We can repair the

9   phone. if it is still under warranty and has not been physically damaged. For
    troubleshooting and questions related to possible repairs we invite you to

10  contact Samsung Customer Care at your earliest convenience through our toll
    free number 1-888-987-HELP (1-888-987-4357)." (emphasis added)

11  --Samsung4

12  Link:http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT
    Date: November 2010

13

14  "What causes my phone to spontaneously shut off? Sometimes I'll check my
    phone and discover that it is turned off when it was on the last time I checked

15  it. I cannot find a pattern to this behavior, but the frequency of this happening
    seems to be increasing, from once a week to, recently, once a day. I also would

16  like to know why doing a factory reset didn't fix this problem.
    --benbald72

17  Link:http://www.samsung.com/us/support/owners/product/SGHI897ZKAATT
    Date: September 2010

18

19  "What if my Captivate keeps on shutting off by itself? My phone was lying on
    my desk for about an hour and i come back and see that it was turned off. Then

20  i turn it back on and come back at another short interval only to find out that
    my phone was turned off again. this has happened consistently over the past

21  few days. and i need to know if this will be a problem with my phones
    reliability. I am a very busy person and i need to know that i can rely on my

22  phone so that my family may reach me at all times. My phone is only a week
    old. and this problem appeared approximately three days ago."
    --captivateuser

23

24  Link:http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT
    Date: September 2010

25  "Samsung Galaxy phone randomly shuts off. Battery is fully charged but my
    Samsung Galaxy phone randomly shuts off. Battery is seated properly and

26  fully charged. Changing display timeout settings doesn't help the situation."
    --anyadorst

27

28  Link:  http://www.samsung.com/us/support/owners/product/SEG
    I897ZKAATT

FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

1

Date: October 2010

2

"Phone keeps shutting off. 4-5 times a day my phone will completely shut off on its own. Is there anything I can do to prevent this?" --snrrendondo

3

4

Link:http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT
Date: October 2010

5

6

7

8

9

"Why the heck does the phone shut down. without warning. daily? The freakin' phone just shuts off. while I'm on a call. over night, or just any of time?! The worst thing about it is. that I don't know the darn thing is off, so I can't take any action to correct it! How many calls have I missed? Does the phone still list them as "missed Calls" or do they just go away, lost forever? I use this phone for my business. A missed call can cost me thousands!!! I want this fixed or replaced IMMEDIATELY! You know how to contact me. If you can't fix it, just send me a Blackberry Torch!!"
--boogiemonster

10

Link:http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT
Date: November 2010

11

12

13

14

15

"How do I keep my Fascinate from turning off? Mv phone keeps shutting off. I cannot get it to stay on for any period of time if I am not using it. Is this a special function? I want to answer my phonc when phone call and I cannot do that if it continues to shut off. Mv friend and I got the same phones at same time and she is having same problem. so there must be a way to keep the phone on. right? there must be a function to keep the phone on so I can answer my calls without going to voicemail. thank you for your help!"
--BE649

16

Link:http://www.samsung.com/us/support/owners/product/SCHI500RKLVZW
Date: December 2010

17

18

19

20

"My phone shuts off after a short time on its own. My phone turns all the way off after a few minutes of not being used. The battery power is fine and I don't see any other reason why it would do this. I am very upset because I keep missing calls and messages from people because I think it is on but it has shut itself off."
--cherylchoenstein

21

Link: http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT

22

23

24

25

"Why does my Samsung Captivate keep shutting off? My phone just randomly shuts down. it can be sitting on a table and 10 minutes later i have to pull the battery and reconnect to get it back working. Is there a recall on this? and if so how to i go about fixing it. most nights i set my alarm as i use it to wake and most mornings its completely turned off again. I can have 60% battery and it still happens. I've already been late to work several times because of this problem. which isn't good"
--charbonnet81

26

27

Link:http://www.samsung.com/us/support/owners/product/SEGI897ZKAATT
Date: January 2011

28

*Some spelling errors have been corrected to ensure clarity.

CLASS ACTION COMPLAINT

- 10 -

## CLASS ACTION ALLEGATIONS

43.     Plaintiff brings this class action claim under Rule 23 of the Federal Rules of Civil Procedure, on behalf of the following Class:

> All persons who, while residing in California since June 20, 2012, purchased one or more Samsung Galaxy S mobile phones from Samsung or its authorized retailer sellers and experienced a software or hardware defect, which causes the phones to randomly freeze, shut down, and power-off, or are likely to experience the defect during the useful life of the phone.

Excluded from the Class are all governmental entities, Defendants herein and any person, firm, trust, corporation, or other entity related to or affiliated with any defendant, as well as any judge, justice or judicial officer presiding over this matter and members of their immediate families and judicial staff.

44.     Plaintiff reserves the right to amend or modify the Class definition for a class certification motion, or with discovery or investigatory results. This lawsuit is properly brought as a class action for the following reasons.

45.     The Class is so numerous that joinder of the proposed individual Class members is impracticable. The Class includes thousands of persons geographically dispersed throughout California. The precise number and identities of Class members are unknown to Plaintiff, but are known to Samsung and can be ascertained through discovery, namely by using Samsung's records of sales, warranty records, and other information kept by Samsung or by Samsung's agents.

46.     Plaintiff anticipates no difficulties in managing this litigation as a class action. The Class is ascertainable. There is a well-defined community of interest in the questions of law and fact, since the rights of each Class member was infringed or violated in similar fashion based upon Samsung's misconduct. Notice can be provided via records maintained by Samsung through mailed and electronic notice and publication, the cost of which is properly imposed upon Samsung.

CLASS ACTION COMPLAINT                                                                 - 11 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

47. Questions of law and fact common to the Class exist as to Plaintiff and Class members. These common law and fact questions predominate over any questions affecting only individual Class members in that answering these questions will determine at one time Samsung's liability for the conduct alleged. The common questions of law and fact include:

a) whether defendant Samsung's Galaxy S phones are defective;

b) whether Samsung failed to disclose material facts about the defect in its Samsung Galaxy S phones and when Samsung learned of such material facts;

c) whether Samsung made any express warranties in its sale of the Samsung Galaxy S phones;

d) whether Samsung made any implied warranties in its sale of the Samsung Galaxy S phones;

e) whether Samsung breached any express or implied warranties relating to its sale of Samsung Galaxy S phones;

f) whether Samsung was unjustly enriched by selling defective Samsung Galaxy S phones;

g) whether Samsung violated consumer protection laws by selling defective phones or by failing to disclose the defect;

h) the appropriate nature of class-wide equitable relief; and

i) the appropriate measure of restitution and damages to award to Plaintiff and to the Class.

48. Samsung engaged in common conduct establishing the legal rights sought to be enforced by Plaintiff and the Class. Individual questions pale by comparison to the numerous common questions which predominate.

49. Plaintiff's claims are typical of the claims of Class members. The injuries sustained by Plaintiff and the Class flows, in each instance, from a common nucleus of operative facts based on defendant Samsung's conduct, as alleged. Defendant Samsung's defenses asserted against Plaintiff's claims likely would be similar to Samsung's defenses asserted against Class members' claims.

50. Plaintiff will fairly and adequately protect Class members' interests. Plaintiff has no interests materially adverse to or that irreconcilably conflict with Class members' interests and Plaintiff has retained counsel with significant experience in prosecuting class actions and complex litigation, and who will vigorously prosecute this action.

51. A Class action is superior to other available methods for the fair and efficient group-wide adjudication of this controversy, and individual joinder of all Class members is impracticable, if not impossible because many Class members are located throughout California. The cost to the court system of such individualized litigation would be substantial. Individualized litigation would likewise present the potential for inconsistent or contradictory judgments and would cause significant delay and expense to all parties and multiple courts hearing virtually identical lawsuits. Managing this action as a class action presents few management difficulties, conserves litigant and court resources, protects each Class member's rights, and maximizes their recovery.

52. Samsung has acted on grounds applicable to the entire Class, making final injunctive relief or corresponding declaratory relief appropriate regarding the Class as a whole.

## COUNT I

### Strict Liability – Design Defect

53. Plaintiff incorporates the above allegations by reference as if fully set forth below.

54. Plaintiff asserts this count individually and for the proposed Class.

55. Defendant Samsung is the manufacturer of the Samsung Galaxy

CLASS ACTION COMPLAINT
- 13 -

56. The Samsung Galaxy contains a manufacturing defect causing the phones to randomly freeze, shut down, and power-off while in standby mode, rendering the phones inoperable and unfit for their intended use and purpose.

57. Defendant placed the Samsung Galaxy into the market by selling the Galaxy directly to consumers and under agreements between Samsung and its authorized agents and resellers, the stores from which Plaintiff and Class members purchased their defective Galaxy S phones.

58. Defendant Samsung's defective manufacture caused Plaintiff to suffer injuries, including the inability to use her phone, paying for defective products, and entering into transactions she would not have entered into but for Samsung's acts.

59. As a direct and proximate result of Samsung's manufacture of a defective product, Plaintiff and Class members have suffered inury and continue to suffer injury, including economic damages at the point of sale for the difference between the value of the phones as promised and the value of the phones delivered (cssentially worthless). Plaintiff and Class members either have or will incur economic damages at the point of repair in the cost of repair or replacement and costs of complying with continual contractual obligations and the cost of buying an additional phone they would not have purchased had the phones in question not contained the non-repairable defect.

## COUNT II

### Breach of Contract

60. Plaintiff incorporates the above allegations by reference as if fully set forth below.

61. Plaintiff asserts this count individually and for the proposed Class.

62. Defendant Samsung made promises and representations to all consumers, which became the basis of the bargain between Plaintiff, Class members, and Samsung. Defendant

CLASS ACTION COMPLAINT

- 14 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego. California 92101

Samsung gave these express representations to Plaintiff and Class members accompanying the sale of its Samsung Galaxy S phones.

63. Defendant expressly promised Plaintiff and Class members, that these phones were effective, free from defects in materials and workmanship, and fit for their intended use. The representations included with Plaintiff and Class members' phones expressly promised Samsung's Galaxy S Phones were "free from defects in material and workmanship under normal use and service" for one year from purchase, covering defects in both hardware and software.

64. Samsung's Galaxy S phones failed to comply with defendant's express representations because the phones suffer from a defect, which causes the phones to freeze, shut down, and power-off randomly while in standby mode, rendering the phones unfit for their intended use and purpose.

65. Plaintiff complied with the preconditions to asserting a breach of contract claim by contacting a Samsung authorized phone service facility to repair or service her defective phone.

66. Plaintiff performed under her contract with Samsung by contacting and affording defendant Samsung or its agents and authorized phone service facilities reasonable opportunities to repair and/or replace the defective phone with a phone that did not possess the defect.

67. Defendant Samsung breached its express representations by failing to repair the phones, failing to replace the defective Galaxy S phones with non-defective phones and refund Plaintiff's and Class members' monies.

68. Defendant Samsung's breach of contract caused Plaintiff to suffer injuries, including the inability to use her phone, paying for defective products, and entering into transactions Plaintiff would not have entered into but for Samsung's acts.

69. As a direct and proximate result of Samsung's breach of contract, Plaintiff and Class members have suffered damages and continue to suffer damages, including economic damages at

CLASS ACTION COMPLAINT
- 15 -

FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

the point of sale for the difference between the value of the phones as promised and the value of the phones delivered (essentially worthless). Plaintiff and Class members either have or will incur economic damages at the point of repair in the cost of repair or replacement and costs of complying with continual contractual obligations and the cost of buying an additional phone they would not have purchased had the phones in question not contained the non-repairable defect.

70.    Plaintiff and Class members are entitled to legal and equitable relief against Samsung, including damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief.

## COUNT III

### Breach of Express Warranty

71.    Plaintiff incorporates the above allegations by reference as if fully set forth below.

72.    Plaintiff asserts this count individually and for the proposed Class.

73.    Defendant Samsung and its authorized agents and resellers sold Samsung Galaxy S Phones to Plaintiff and Class members in the regular course of business. Such phones are goods.

74.    Defendant Samsung made promises and representations in an express warranty provided to all consumers, which became the basis of the bargain between Plaintiff, Class members, and Samsung. Defendant Samsung gave these express warranties to plaintiff and Class members through issuing its written warranty accompanying its Samsung Galaxy S phones. See Exhibit A, incorporated by reference.

75.    Defendant expressly warranted to Plaintiff and Class members, these phones were effective, free from defects in materials and workmanship, and fit for their intended use. The warranty included with Plaintiff and Class members' phones expressly represented Samsung's Galaxy S Phones were "free from defects in material and workmanship under normal use and service" for one year from purchase, covering defects in both hardware and software. Exhibit A.

CLASS ACTION COMPLAINT

-16-

76. Samsung's Galaxy S phones failed to comply with defendant's express warranties because the phones suffer from a defect, which causes the phones to freeze, shut down, and power-off randomly while in standby mode, rendering the phones unfit for their intended use and purpose.

77. Plaintiff complied with the preconditions to an express warranty claim by contacting a Samsung authorized phone service facility to repair or service her defective phone.

78. Plaintiff also complied with any warranty preconditions under California law. California Civil Code § 1793.3 states if "the manufacturer of consumer goods sold in this state for which the manufacturer has made an express warranty does not provide service and repair facilities within this state" the buyer may return the nonconforming goods to either: (1) the retail seller of the nonconforming goods; or (2) to any retail seller of like goods of the same manufacturer within this state. According to Samsung, its only authorized phone service center is in Texas. Plaintiff took her defective phone to a California location of retail sellers of such products. Plaintiff's phone carrier is the authorized agent and reseller of like goods of defendant Samsung and therefore, by statute, is an authorized service facility for the express warranty. Plaintiff complied with all preconditions to asserting an express warranty claim by returning her defective Samsung phones during the warranty period to "an authorized phone service facility" or a "retail seller" of such phones as set forth in the express warranty and as permitted under Cal. Civ. Code § 1793.3. By sending her phone to her phone carrier for service or repair of the defect, Plaintiff complied with any warranty's preconditions based on how the term "authorized phone service facility" has been applied by Samsung.

79. In conformance with her warranty, Plaintiff contacted and afforded defendant Samsung or its agents and authorized phone service facilities reasonable opportunities to repair and/or replace the defective phone during the warranty period with a phone that did not possess the defect.

CLASS ACTION COMPLAINT
- 17 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

80. Samsung was on notice of the defect in the Galaxy S phones from complaints and service requests it admittedly received from Plaintiff and Class members, from repairs and replacements of the Samsung Galaxy S phones at issue, and through its own internal investigation.

81. Plaintiff also repeatedly tried to return her defective Samsung Galaxy S phone to Samsung's authorized agents and resellers during the warranty period, only to have the defect persist. Samsung's only response to the defect has perpetuated an endless cycle of futility for Plaintiff and Class members, leaving them with no relief.

82. Defendant Samsung breached its express warranties by failing to repair the phones, failing to replace the defective Galaxy S phones with non-defective phones and refund Plaintiff's and Class members' monies.

83. Defendant Samsung's breach of its express warranty caused Plaintiff to suffer injuries, including the inability to use her phone, paying for defective products, and entering into transactions she would not have entered into but for Samsung's acts.

84. As a direct and proximate result of Samsung's breach of its express warranties, Plaintiff and Class members have suffered damages and continue to suffer damages, including economic damages at the point of sale for the difference between the value of the phones as promised and the value of the phones delivered (essentially worthless). Plaintiff and Class members either have or will incur economic damages at the point of repair in the cost of repair or replacement and costs of complying with continual contractual obligations and the cost of buying an additional phone they would not have purchased had the phones in question not contained the non-repairable defect.

85. Plaintiff and Class members are entitled to legal and equitable relief against Samsung, including damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief.

CLASS ACTION COMPLAINT

- 18 -

FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

1

## COUNT IV

## Breach of Implied Warranty

86. Plaintiff incorporates the above allegations by reference as if fully set forth below.

87. Plaintiff asserts this count individually and for the proposed Class.

88. Defendant Samsung and its authorized agents and resellers sold Galaxy S Phones to Plaintiff and Class members in the regular course of business.

89. Defendant Samsung impliedly warranted to Plaintiff and Class members, these phones were of merchantable quality (*i.e.* a product of a high enough quality to make it fit for sale, usable for the purpose it was made, of average worth in the marketplace, or not broken, unworkable, damaged, contaminated or flawed), would pass without objection in the trade or business, and were free from material defects and reasonably fit for the use for which they were intended. Samsung either knew or should have known of the purposes for which such phones are used (i.e. the ability to send and receive contemporaneous communications), and Samsung should have been aware Plaintiff and the Class members were relying on defendant Samsung's skill and judgment to furnish suitable goods for such purpose.

90. Under agreements between Samsung and its authorized agents and resellers, the stores from which Plaintiff and Class members purchased their defective Galaxy S phones were authorized Samsung retailers and authorized phone service facilities. Plaintiff and Class members are third-party beneficiaries of, and substantially benefited from, such contracts.

91. Defendant Samsung breached its implied warranties by selling Plaintiff and Class members defective Samsung Galaxy S mobile phones that failed during all warranty periods. The defect renders the Galaxy S phones unfit for their ordinary use and purpose. Defendant Samsung has refused to recall, repair or replace, without charge, all Samsung Galaxy S mobile phones or their defective component parts or refund the prices paid for defective phones.

CLASS ACTION COMPLAINT

- 19 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

92.     Defendant Samsung was on notice of the defect from complaints and service requests Samsung admittedly received from Plaintiff and Class members, from repairs and replacements of the Samsung phones at issue, and through Samsung's own internal testing and investigations.

93.     Plaintiff afforded Samsung and its authorized phone service facilities repeated opportunities to repair or replace the defective phones, which defendant rejected.

94.     The defect in the Galaxy S phones existed when the phones left Samsung's and Samsung's authorized agents' and resellers' possession and renders the phones unfit for their intended use and purpose.

95.     As a direct and proximate result of Samsung's breach of its implied warranties, Plaintiff and Class members have suffered damages and continue to suffer damages, including economic damages at the point of sale for the difference between the value of the phones as warranted and the value of the phones as delivered. Plaintiff and Class members either have or will incur economic, incidental and consequential damages in the cost of repair or replacement and costs of complying with continued contractual obligations and the cost of buying an additional phone they would not have purchased had the phones in question not contained the non-repairable defect.

96.     Plaintiff and Class members are entitled to legal and equitable relief against Samsung, including damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief.

## COUNT V

### Song-Beverly Warranty Act, California Civil Code §§ 1792 et seq.

97.     Plaintiff incorporates the above allegations by reference as if fully set forth below.

98.     Plaintiff asserts this claim individually and for all Class members.

CLASS ACTION COMPLAINT                                                          - 20 -

99.    Under the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 et seq., every sale of consumer goods in California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable, and accompanied by an implied warranty of fitness.

100.    Plaintiff and Class members each purchased one or more Samsung Galaxy S phones at retail stores in California, which are "consumer goods" within the meaning of California Civil Code § 1791(a).

101.    Defendant Samsung manufactures and sells Samsung Galaxy S mobile phones to retail buyers, and therefore Samsung is a "manufacturer" and "seller" within the meaning of California Civil Code § 1791.

102.    Defendant Samsung provided express warranties and Samsung impliedly warranted to Plaintiff and Class members the Samsung Galaxy S phones were of merchantable quality, would pass without objection in the trade or industry, and were fit for the ordinary purposes for which the phones are used.

103.    Defendant Samsung has breached both express and implied warranties because the Samsung Galaxy S mobile phones sold to Plaintiff and Class members were not of the same quality as those acceptable in the trade and were not fit for the ordinary purposes for which such goods are used, in that the phones freeze, shut down, and power-off randomly while in standby mode, causing Plaintiff and Class members to miss calls, lose time, data and work product, impairing the usability of the phones.

104.    Plaintiff complied with all provisions of the Song-Beverly Act by attempting to have her phone repaired. In compliance with California Civil Code § 1793.3, if "the manufacturer of consumer goods sold in this state for which the manufacturer has made an express warranty does not provide service and repair facilities within this state" the buyer may return the nonconforming

CLASS ACTION COMPLAINT                                                    - 21 -

goods to either: (1) the retail seller of the nonconforming goods; or (2) to any retail seller of like goods of the same manufacturer within this state. According to Samsung, its only authorized phone service center is in Texas. Plaintiff either took her defective telephone to the California location of a retail seller of such products, as Plaintiffs' phone carrier is a Samsung authorized retail seller of like goods.

105.    As Samsung or its representatives and retail sellers cannot repair these phones to conform to the warranties after a reasonable number of attempts, Samsung must replace the defective phones with non-defective phones or reimburse the buyers for the purchase price of such phones. Defendant Samsung has failed to do so. Such failure to comply with these statutory warranty obligations was willful.

106.    As a direct and proximate cause of Samsung's breach of the Song-Beverly Act, Plaintiff and Class members sustained damages and other losses in an amount to be determined entitling them to compensatory damages, consequential damages, statutory damages and civil penalties, diminution in value, costs, attorneys' fees and interest.

## COUNT VI

### Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301 *et seq.*

107.    Plaintiff incorporates the above allegations by reference as if fully set forth below.

108.    Plaintiff asserts this count individually and for the proposed Class.

109.    The Samsung Galaxy S mobile phones at issue are "consumer products" within the meaning of the Magnuson-Moss Act, 15 U.S.C. § 2301(1).

110.    Plaintiff and Class members are "consumers" within the meaning of the Magnuson-Moss Act, 15 U.S.C. § 2301(3).

111.    Defendant is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Act, 15 U.S.C. §§ 2301(4)-(5).

CLASS ACTION COMPLAINT

- 22 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

112. Defendant issued Plaintiff and Class members a "written warranty" within the meaning of the Magnuson-Moss Act, 15 U.S.C. § 2301(6).

113. Defendant Samsung warranted to Plaintiff and to Class members the Samsung Galaxy S mobile phones were free from defect, were of merchantable quality, and fit for the ordinary and specific purposes for which the phones are used.

114. Defendant Samsung has breached and refused to honor its warranties as the Samsung Galaxy S mobile phones are defective and were not as expressly and impliedly warranted and failed to perform as reasonably expected.

115. Plaintiff has asserted a valid breach of express and implied warranty claim as set out in Counts I and II above. Plaintiff complied with all warranty preconditions by taking her defective phone to an authorized phone service facility for repair or replacement. Plaintiff made these attempts during the express warranty period. Plaintiff afforded Samsung and its authorized phone service facility the opportunity to cure the defect by repairing or replacing the phone prior to the initiation of this action, without success.

116. Defendant Samsung has breached and refused to honor its warranties. Due to the defect, the Samsung Galaxy S phones were not as expressly and impliedly warranted, and failed to perform as reasonably expected.

117. The amount in controversy of Plaintiffs' and Class members' individual claims meets or exceeds the sum or value of $25. The amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interest and costs) computed on the basis of all claims to be determined. Samsung maintains no alternative dispute resolution program that complies with the requirements of 16 C.F.R. § 703 et seq.

CLASS ACTION COMPLAINT

- 23 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

118.    Defendant has been afforded a reasonable opportunity to cure its breach of warranty. Defendant has been provided ample notice of the defect experienced by both Plaintiff and Class members, but has failed to remedy the situation.

119.    As a direct and proximate result of defendant's conduct, Plaintiff and the Class have suffered injury and damages in an amount to be determined. Plaintiff and the Class are entitled to recover damages, consequential damages, specific performance, diminution in value, rescission, attorneys' fees and costs, and other relief as authorized by law.

## COUNT VII

### Violation of the California Unfair Competition Law

120.    Plaintiff incorporates the above allegations by reference as if fully set forth below.

121.    Plaintiff asserts this claim individually and for all Class members.

122.    Defendant Samsung's business acts and practices complained of were centered in, carried out, effectuated and perfected within or had their effect in California, and injured Plaintiff and all Class members.

123.    Defendant Samsung has committed acts of unfair competition, as defined by California Business and Professions Code §§ 17200 *et seq*., by engaging in the acts and practices alleged above.

124.    This claim is brought under California Business and Professions Code §§ 17203 and 17204, to obtain equitable monetary and injunctive relief from Samsung for acts and practices, as alleged, that violated California Business and Professions Code § 17200, commonly known as the Unfair Competition Law.

125.    Defendant Samsung's conduct as alleged violated Section 17200. The acts, omissions, practices and non-disclosures of defendant constituted a common, continuous conduct

CLASS ACTION COMPLAINT                                                                                    - 24 -

of unfair competition by the commission of unfair and unlawful business acts or practices within the meaning of California Business and Professions Code §§ 17200 *et seq.*

126. Defendant Samsung engaged in "unlawful" business acts and practices by:

a) violating the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301 *et seq.*;

b) violating the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 *et seq.;*

c) breaching implied and express warranties; and

d) violating the Consumers Legal Remedies Act, California Civil Code §§ 1750 *et seq.*

127. Defendant Samsung engaged in "unfair" business acts and practices by:

a) engaging in conduct where the utility of such conduct is outweighed by the gravity of the consequences to Plaintiff and to the Class considering the reasonably available alternatives, based on legislatively declared policies not to sell defective products in the market;

b) engaging in conduct that is immoral, unethical, oppressive, unscrupulous, or substantially injurious to Plaintiff and the Class; and

c) engaging in unfair business practices by refusing to adequately repair or recall the defective Samsung Galaxy S phones or providing compensation therefor.

128. Defendant Samsung engaged in "unfair" business acts and practices by selling the Samsung Galaxy S phones knowing or being aware the phones contained the defect that causes these phones to freeze, shut down, and power-off randomly while in standby mode, then only offering to replace them with similarly defective phones. Defendant Samsung also engaged in unfair business acts and practices by making express and implied warranties, which Samsung refuses to honor.

129. As such conduct is or may well be continuing and ongoing, Plaintiff and Class members are entitled to injunctive relief to prohibit or correct such ongoing acts of unfair competition, in addition to obtaining equitable monetary relief.

130. Plaintiff and Class members used Samsung's products and had business dealings with Samsung either directly or indirectly as described above. Defendant Samsung's acts and practices have caused Plaintiff and Class members to lose money and property by being overcharged for and paying for the defective phones at issue, or being required to purchase an additional working phone. Such loss resulted from the above acts of unfair competition and Samsung's misconduct in violation of the state and federal laws set forth above. Plaintiff is therefore entitled to seek recovery of such amounts. Such injury occurred when such monies were paid. Plaintiff has suffered injury and lost money or property because of such acts and practices.

131. Defendant Samsung has unjustly benefited from its wrongful conduct and its acts of unfair competition. Plaintiff and Class members are accordingly entitled to equitable relief including restitution and disgorgement of all revenues, earnings, profits, compensation, and benefits that may have been obtained by Samsung from such business acts and practices, under California Business and Professions Code §§ 17203 and 17204, and attorneys' fees and costs under California Code of Civil Procedure § 1021.5.

## COUNT VIII

### Common Counts - Assumpsit and Quasi-Contract

132. Plaintiff incorporates the above allegations by reference as if fully set forth below.

133. Plaintiff asserts this claim individually and for all Class members.

134. As Plaintiff and the Class show just grounds for recovering money to pay for benefits Samsung received from them either directly or indirectly, Plaintiff and Class members have a right to restitution at law through an action derived from the common-law claim of

CLASS ACTION COMPLAINT

- 26 -

FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

assumpsit by implying a contract at law, or a quasi-contract as an alternative to a claim for breach of contract.

135.   By the purchase and sale of the phones in question, defendant Samsung entered into implied at law contracts with consumers that resulted in money being had and received by Samsung, either directly or indirectly, at the expense of Plaintiff and Class members under agreements in assumpsit and quasi-contract. Plaintiff and other Class members conferred a benefit upon Samsung by purchasing one of the defective phones. Defendant Samsung knew of the general receipt of such benefits, which Samsung received, accepted, and retained.

136.   Defendant Samsung, having received such benefits, must make restitution as the circumstances here are such that, as between the two, it is unjust for Samsung to retain such monies based on the illegal conduct described above. Such money or property belongs in good conscience to Plaintiff and to Class members and can be traced to funds or property in Samsung's possession. Plaintiff and Class members have unjustly enriched Samsung through payments and the resulting profits enjoyed by Samsung because of such payments. Plaintiff and Class members' detriment and Samsung's enrichment were related to and flowed from the conduct alleged.

137.   An entity unjustly enriched at the expense of another must make restitution to the other. Under common law principles recognized in claims of common counts, assumpsit, and quasi-contract, under the circumstances alleged it would be inequitable for Samsung to retain such benefits without paying restitution or damages. Defendant Samsung should not be permitted to retain the benefits conferred via payments by Plaintiff and by Class members, and other remedies and claims may not permit them to obtain such relief, leaving them without an adequate remedy at law.

138.   Plaintiff and Class members seek damages, restitution, and disgorgement of all profits resulting from such payments. Under California Civil Code § 2224, "[o]ne who gains a

CLASS ACTION COMPLAINT

- 27 -
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, California 92101

thing by fraud, accident, mistake, undue influence, the violation of a trust, or other wrongful act, is, unless he or she has some other and better right thereto, an involuntary trustee of the thing gained, for the benefit of the person who would otherwise have had it." Based on the facts and circumstances alleged, to prevent unjust enrichment and to prevent Samsung from taking advantage of its own wrongdoing, Plaintiff and the Class are entitled to establish a constructive trust over all monies charged and collected or retained by Samsung from which Plaintiff and Class members may seek restitution.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and all Class members pray for judgment against defendant Samsung:

     **A.** Declaring this action to be a proper Class action under Rule 23 of the Federal Rules of Civil Procedure;

     **B.** Awarding Plaintiff and Class members all proper measures of equitable monetary relief and damages, plus interest to which they arc entitled;

     **C.** Awarding equitable, injunctive, and declaratory relief as the Court may deem just and proper, including restitution and disgorgement;

     **D.** Awarding Plaintiff reasonable costs and attorney's fees; and

     **E.** Granting such further and other relief this Court deems appropriate.

1

## DEMAND FOR JURY TRIAL

2
Plaintiff, individually and for all others similarly situated, demand a trial by jury on all

3
issues so triable.

4
Dated: June 27, 2012                              Respectfully submitted,

5
                                                  FINKELSTEIN & KRINSK LLP

6

7

8                                                 By _____
                                                      Jeffrey R. Krinsk
9
                                                  William R. Restis
10                                                Mark L. Knutson
                                                  501 West Broadway, Suite 1250
11                                                San Diego, CA 92101-3593
                                                  Telephone: (619) 238-1333
12                                                Facsimile: (619) 238-5425
                                                  Email: wrr@classactionlaw.com
13
                                                  Counsel for Plaintiff
14                                                Laura Carwile and the putative Class

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Manufacturer's Warranty

Your device has been designed to provide you with reliable, worry-free service. If for any reason you have a problem with your equipment, please refer to the manufacturer's warranty in this section.

For information regarding the terms and conditions of service for your device, please visit www.sprint.com or call Sprint Customer Service at 1-888-211-4727.

*Note:* In addition to the warranty provided by your device's manufacturer, which is detailed on the following pages, Sprint offers a number of optional plans to cover your equipment for non-warranty claims. Sprint Total Equipment Protection provides the combined coverage of the Sprint Equipment Replacement Program and the Sprint Equipment Service and Repair Program, both of which are available separately. Each of these programs may be signed up for within 30 days of activating your device. For more details, please visit your nearest Sprint Store or call Sprint at 1-800-584-3666.

14                              *Manufacturer's Warranty*

## Manufacturer's Warranty

### STANDARD LIMITED WARRANTY

#### What is covered and for how long?

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC ("SAMSUNG") warrants to the first consumer purchaser ("Purchaser") that SAMSUNG's handsets and accessories ("Products") are free from defects in material and workmanship under normal use and service for the period commencing upon the date of purchase and continuing for the following specified period of time after that date:

| | |
|---|---|
| Phone | 1 Year |
| Batteries | 1 Year |
| Case/Pouch/Holster | 90 Days |
| Other Phone Accessories | 1 Year |

#### What is not covered?

This Limited Warranty is conditioned upon proper use of the Product. This Limited Warranty does not cover: (a) defects or damage resulting from accident, misuse, abnormal use, abnormal conditions, improper storage, exposure to liquid, moisture, dampness, sand or dirt, neglect, or unusual physical, electrical or electromechanical stress; (b) scratches, dents and cosmetic damage, unless caused by SAMSUNG; (c) defects or damage resulting from excessive force or use of a metallic object when pressing on a touch screen; (d) equipment that has the serial number or the enhancement data code removed, defaced, damaged, altered or made illegible; (e) ordinary wear and tear; (f) defects or damage resulting from the use of Product in conjunction or connection with accessories, products, or ancillary/peripheral equipment not furnished or approved by SAMSUNG; (g) defects or damage resulting from improper testing,

*Manufacturer's Warranty* 15

operation, maintenance, installation, service, or adjustment not furnished or approved by SAMSUNG; (h) defects or damage resulting from external causes such as collision with an object, fire, flooding, dirt, windstorm, lightning, earthquake, exposure to weather conditions, theft, blown fuse, or improper use of any electrical source; (i) defects or damage resulting from cellular signal reception or transmission, or viruses or other software problems introduced into the Product; or (j) Product used or purchased outside the United States. This Limited Warranty covers batteries only if battery capacity falls below 80% of rated capacity or the battery leaks, and this Limited Warranty does not cover any battery if (i) the battery has been charged by a battery charger not specified or approved by SAMSUNG for charging the battery; (ii) any of the seals on the battery are broken or show evidence of tampering; or (iii) the battery has been used in equipment other than the SAMSUNG phone for which it is specified.

**What are SAMSUNG's obligations?**

During the applicable warranty period, provided the Product is returned in accordance with the terms of this Limited Warranty, SAMSUNG will repair or replace the Product, at SAMSUNG's sole option, without charge. SAMSUNG may, at SAMSUNG's sole option, use rebuilt, reconditioned, or new parts or components when repairing any Product, or may replace the Product with a rebuilt, reconditioned or new Product. Repaired/replaced cases, pouches and holsters will be warranted for a period of ninety (90) days. All other repaired/replaced Products will be warranted for a period equal to the remainder of the original Limited Warranty on the original Product or for ninety (90) days, whichever is longer. All replaced Products, parts, components, boards and equipment shall become the property of SAMSUNG. Except to any extent expressly allowed by applicable law, transfer or assignment of this Limited Warranty is prohibited.

16                                    *Manufacturer's Warranty*

## What must you do to obtain warranty service?

To obtain service under this Limited Warranty, you must return the Product to an authorized phone service facility in an adequate container for shipping, accompanied by the sales receipt or comparable proof of sale showing the original date of purchase, the serial number of the Product and the seller's name and address. To obtain assistance on where to deliver the Product, please call SAMSUNG Customer Care at 1-888-987-4357. If SAMSUNG determines that any Product is not covered by this Limited Warranty, you must pay all parts, shipping, and labor charges for the repair or return of such Product.

You should keep a separate backup copy of any contents of the Product before delivering the Product to SAMSUNG for warranty service, as some or all of the contents may be deleted or reformatted during the course of warranty service.

## What are the limits on SAMSUNG's liability?

THIS LIMITED WARRANTY SETS OUT THE FULL EXTENT OF SAMSUNG'S RESPONSIBILITIES, AND THE EXCLUSIVE REMEDY REGARDING THE PRODUCTS. ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THIS LIMITED WARRANTY. IN NO EVENT SHALL SAMSUNG BE LIABLE FOR DAMAGES IN EXCESS OF THE PURCHASE PRICE OF THE PRODUCT OR FOR, WITHOUT LIMITATION, COMMERCIAL LOSS OF ANY SORT; LOSS OF USE, TIME, DATA, REPUTATION, OPPORTUNITY, GOODWILL, PROFITS OR SAVINGS; INCONVENIENCE; INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES; OR DAMAGES ARISING FROM THE USE OR INABILITY TO USE THE PRODUCT. SOME STATES AND

*Manufacturer's Warranty*                    *17*

JURISDICTIONS DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, OR THE DISCLAIMER OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS AND DISCLAIMERS MAY NOT APPLY TO YOU.

SAMSUNG MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, AS TO THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE OR SUITABILITY OF ANY THIRD-PARTY SOFTWARE OR EQUIPMENT USED IN CONJUNCTION WITH THE PRODUCT, OR THE ABILITY TO INTEGRATE ANY SUCH SOFTWARE OR EQUIPMENT WITH THE PRODUCT, WHETHER SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT IS INCLUDED WITH THE PRODUCT DISTRIBUTED BY SAMSUNG OR OTHERWISE. RESPONSIBILITY FOR THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE AND

SUITABILITY OF ANY SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT RESTS SOLELY WITH THE USER AND THE DIRECT VENDOR, OWNER OR SUPPLIER OF SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT.

Nothing in the Product instructions or information shall be construed to create an express warranty of any kind with respect to the Products. No agent, employee, dealer, representative or reseller is authorized to modify or extend this Limited Warranty or to make binding representations or claims, whether in advertising, presentations or otherwise, on behalf of SAMSUNG regarding the Products or this Limited Warranty.

This Limited Warranty gives you specific legal rights, and you may also have other rights that vary from state to state.

18                           *Manufacturer's Warranty*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

**CV12- 5660 MMM (JCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

#### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

FINKELSTEIN & KRINSK LLP
501 WEST BROADWAY, SUITE 1250
SAN DIEGO, CA 92101-3579
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LAURA CARWILE, individually and on behalf of all other similarly situated,<br><br>PLAINTIFF(S)<br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a New York Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br>**CV12 - 05660 MMM (JCx)**<br><br><br>**SUMMONS** |
| --- | --- |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _William Restis_____, whose address is _501 West Broadway, Suite 1250, San Diego, California 92101_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

JUN 29 2012

Dated: _____

By: _____ **DODJIE LAGMAN**
           Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>LAURA CARWILE | DEFENDANTS<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>FINKELSTEIN & KRINSK<br>501 W. BROADWAY, SUITE 1250<br>SAN DIEGO, CA 92101 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☑ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No        ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of warranty, defective product

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☑ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number:   **CV12 - 05660 MMM (JCx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 8:12-cv-00903-CJC-JPR

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
      ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
      ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
      ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LAURA CARWILE LOS ANGELES COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, TEXAS |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 6/28/12

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |