1  Jeffrey R. Krinsk  (CA Bar No. 109234)
   jrk@classactionlaw.com
2  Mark L. Knutson  (CA Bar No. 131770)
   mlk@classactionlaw.com
3  William R. Restis (CA Bar No. 246823)
   wrr@classactionlaw.com
4  FINKELSTEIN & KRINSK LLP
   501 West Broadway, Suite 1250
5  San Diego, California 9210-3579
   Telephone: (619) 238-1333
6  Facsimile: (619) 238-5425

7  Attorneys for Plaintiff
   Laura Carwile
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12 | LAURA CARWILE, individually and on behalf of all other similarly situated, | Case No. CV12 – 05660 MMM (JCx) |
   |---|---|
13 | | **NOTICE OF RELATED CASE** |
   | Plaintiff, | |
14 | | |
15 | | |
   | v. | |
16 | | |
   | SAMSUNG TELECOMMUNICATIONS | |
17 | AMERICA, LLC, a New York Corporation, | |
18 | | |
   | Defendant. | |
19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Central District of California Local Rule 83-1.3.1, Plaintiff Laura Carwile ("Plaintiff"), hereby avers that the following pending action may be subject to disclosure under said local rule:

*Galitski et al v. Samsung Telecommunications America LLC,* **No. 8:12-cv-00903-CJC-JPR (C.D. Cal.) ("***Galitski***")**

The instant action and *Galitski* arise from the same or a closely related defective product and call for determination of substantially related or similar questions of law and fact. *See* L.R. 83-1.3.1(a) and (b).

Dated: July 9, 2012                    Respectfully submitted,

                                       FINKELSTEIN & KRINSK LLP


                                       By ___/s/ William Restis___
                                              William R. Restis

                                       Jeffrey R. Krinsk
                                       Mark L. Knutson
                                       501 West Broadway, Suite 1250
                                       San Diego, CA 92101-3593
                                       Telephone: (619) 238-1333
                                       Facsimile: (619) 238-5425
                                       Email: wrr@classactionlaw.com

                                       Counsel for Plaintiff and the putative Class